

NORTH CAROLINA WESTERN
MEMORANDUM

| | |
|---|---|
| **Date:** | **June 14, 2016** |
| **To:** | **The Honorable Robert J. Conrad, Jr., U.S. District Court Judge** |
| **CC:** | |
| **From:** | **William Sinclair** |
| **Subject:** | **International Travel Request for Jaime Sanchez. Case Number DNCW308CR000137-001.** |

The defendant has requested permission to travel to Guadalajara Jalisco, Mexico to visit his family. According to the defendant, both of his parents have been ill and he would like to spend Father's Day with his father. The defendant is planning to depart on June 17, 2014 for one week and stay at 20 Colonia Centro, Ixtlahuacan del Rio, Jalisco 45260. The defendant has been in compliance with all conditions of supervision. He has maintained a stable residence and employment since his release.

This officer corresponded with AUSA William Miller on May 31, 2016 and was informed that he was not opposed to the defendant traveling outside the United States. It is respectfully requested that Your Honor consider the defendant's request for travel.

I declare under penalty of perjury that the foregoing is true and correct.

    Respectfully submitted,

By    s/ Will Sinclair
    Will Sinclair
    U.S. Probation Officer
    200 South College St
    Charlotte, NC 28202
    704-350-7672
    Date: <u>June 6, 2016, 2016</u>

Approved by:    <u>s/ Marcus E. Holmes</u>
    Marcus E. Holmes
    Supervising U.S. Probation Officer
    704-350-7620

THE COURT ORDERS:

x        Request for travel approved.
☐        Request for travel denied.

Date: June 6, 2016

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge