

NORTH CAROLINA WESTERN
MEMORANDUM

Date: December 16, 2016
To: The Honorable Robert J. Conrad, Jr., U.S. District Court Judge
From: U.S. Probation Officer William Sinclair
Subject: International Travel Request for Jaime Rios Sanchez
Case Number: 3:08CR000137-001

---

The defendant has requested emergency travel to Guadalajara Jalisco, Mexico to be with his mother before she passes. According to the defendant, his mother underwent open heart surgery and now is in a coma. The defendant has requested that he be permitted to stay at 20 Colonia Centro, Ixtlahuacan del Rio, Jalisco 45260. The defendant did test positive for cocaine in September of 2016, but all other tests have been negative since that time.

I declare under penalty of perjury that the foregoing is true and correct.


Respectfully submitted,

By    s/ Will Sinclair
Will Sinclair
U.S. Probation Officer
200 South College St
Charlotte, NC 28202
704-350-7672
Date: November 22, 2016


Approved by:    s/ Glynis Eaton
Glynis Eaton
Supervising U.S. Probation Officer
704-350-7637

THE COURT ORDERS:

x       Request for travel approved.
☐       Request for travel denied.

                                                 Date: November 18, 2016

                                   Signed: December 16, 2016

Robert J. Conrad, Jr.
United States District Judge