

NORTH CAROLINA WESTERN
MEMORANDUM

**Date:** May 2, 2017
**To:** The Honorable Robert J. Conrad, Jr., U.S. District Court Judge
**From:** William Sinclair
**Subject:** International Travel Request for Jaime Sanchez
Case Number DNCW308CR000137-001

---

The defendant has requested travel to Guadalajara Jalisco, Mexico to visit his mother and father between the dates of May 9, 2017 and May 15, 2017. The defendant advised that he will be staying at their residence located at 20 Filiberto Rubalcaba Sanchez, Ixtlahuacan del Rio Jalisco in the suburban area of Guadalajara Jalisco, Mexico. On April 26, 2017, this U.S. Probation Officer contacted Assistant U.S. Attorney William Miller to staff the defendant's request for international travel. AUSA Miller was not opposed to the defendant's request and neither is this officer.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
By    s/ Will Sinclair
Will Sinclair
U.S. Probation Officer
200 South College St
Charlotte, NC 28202
704-350-7672
Date: April 28, 2017

Approved by:    s/ Glynis Eaton
Glynis Eaton
Supervising U.S. Probation Officer
704-350-7637

---

THE COURT ORDERS:

x    Request for travel approved.
☐    Request for travel denied.

Date:

Signed: May 2, 2017

_____
Robert J. Conrad, Jr.
United States District Judge