

**Date:** October 6, 2017
**To:** The Honorable Robert J. Conrad, Jr., U.S. District Court Judge
**From:** William Sinclair
Probation Officer Specialist
**Subject:** International Travel Request for Jaime Sanchez
Case Number 3:08CR000137-001

---

The defendant has requested travel to Guadalajara Jalisco, Mexico to see his mother and father. The defendant's father recently had a stroke and his mother remains in the hospital as well. Photographs of their conditions have been sent to this officer via text. The defendant advised that he will be staying at their residence located at 20 Filiberto Rubalcaba Sanchez, Ixtlahuacan del Rio Jalisco in the suburban area of Guadalajara Jalisco, Mexico. He has requested to travel from October 8, 2017 to November 1, 2017. This U.S. Probation Officer contacted Assistant U.S. Attorney William Miller to staff the defendant's request for international travel on September 18, 2017. AUSA Miller was not opposed to the defendant's request and neither is this officer.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By      s/ Will Sinclair
        Will Sinclair
        U.S. Probation Officer
        200 South College St
        Charlotte, NC 28202
        704-350-7672
        Date: October 2, 2017

Approved by:    s/ Glynis Eaton
        Glynis Eaton
        Supervising U.S. Probation Officer
        704-350-7637

THE COURT ORDERS:

x☐ Request for travel approved.
☐ Request for travel denied.

Date:

Signed: October 6, 2017

Robert J. Conrad, Jr.
United States District Judge