

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

Date: March 27, 2018

To: The Honorable Robert J. Conrad, Jr., U.S. District Court Judge

From: William Sinclair
Sr. U.S. Probation Officer

Subject: Jaime Sanchez
Out of Country Travel Request
Case Number DNCW308CR000137-001

---

The defendant has requested travel to Guadalajara Jalisco, Mexico to visit his mother between the dates of May 9, 2018 and May 14, 2018. Per the defendant, his family will be gathering for Mother's Day on May 10, 2018. Regrettably, the defendant's father passed away in Mexico last year. The defendant advised that he will be staying at his mother's residence located at 20 Filiberto Rubalcaba Sanchez, Ixtlahuacan del Rio Jalisco in the suburban area of Guadalajara Jalisco, Mexico. On March 22, 2018, this U.S. Probation Officer contacted Assistant U.S. Attorney William Miller to staff the defendant's request for international travel. AUSA Miller was not opposed to the defendant's request and neither is this officer.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By   s/ Will Sinclair
Will Sinclair
Sr. U.S. Probation Officer
200 South College St
Charlotte, NC 28202
704-350-7672
Date: March 22, 2018

Approved by:    s/ Glynis Eaton
Glynis Eaton
Supervising U.S. Probation Officer
704-350-7637

---

THE COURT ORDERS:

x     Request for travel approved.
☐     Request for travel denied.

Date:

Signed: March 27, 2018

_____
Robert J. Conrad, Jr.
United States District Judge