

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

Date: November 28, 2018

To: The Honorable Robert J. Conrad, Jr.
U.S. District Court Judge

From: William Sinclair
Sr. U.S. Probation Officer

Subject: International Travel Request for Jaime Sanchez
Case Number DNCW308CR000137-001

---

Mr. Sanchez has requested travel to Guadalajara Jalisco, Mexico to visit his mother between the dates of December 6, 2018 and December 13, 2018.   The defendant advised that he will be staying at his mother's residence located at 20 Filiberto Rubalcaba Sanchez, Ixtlahuacan del Rio Jalisco in the suburban area of Guadalajara Jalisco, Mexico. On September 25, 2018, this U.S. Probation Officer contacted Assistant U.S. Attorney William Miller to staff the defendant's request for international travel.  AUSA Miller was not opposed to the defendant's request and neither is this officer.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By     s/ Will Sinclair
Will Sinclair
U.S. Probation Officer
200 South College St
Charlotte, NC 28202
704-350-7672
Date: November 27, 2018

Approved by:     s/ Glynis Eaton
Glynis Eaton
Supervising U.S. Probation Officer
704-350-7637

---

THE COURT ORDERS:

x        Request for travel approved.

                                                    Date:


                                          Signed: November 28, 2018


                                          Robert J. Conrad, Jr.
                                          United States District Judge